JAMES COSGROVE, APPELLEE, v. METROPOLITAN CON-
STRUCTION COMPANY, APPELLANT.

Argued February 16, 1904—Decided June 13, 1904.

1. This court will not review the District Court on questions of
   fact. If there be evidence to justify the finding of that court, its
   judgment will be sustained.
2. The District Court has power to amend the state of demand by
   inserting therein that the plaintiff sues as assignee.

On appeal from the Second District Court of Jersey City.

Before Justices VAN SYCKEL and FORT.

For the plaintiff, Herbert Clark Gilson.

For the defendant, Frank H. Hall.

The opinion of the court was delivered by

FORT, J. Almost all the questions argued on the brief in
this case are questions of fact which have been determined
by the District Court.

There was evidence from which that court could find that
Elliott, the assignor of the plaintiff, was authorized to pay
the workmen of the defendant, and that the defendant had
agreed to reimburse him for such payments. Similar trans-
actions had previously occurred, and the defendant had paid
Elliott the amounts so disbursed by him. It was clearly
proved that the debt paid for the defendant company to its
workmen was due and was just. The only defence attempted
was a mere technicality.

: At the trial the District Court ordered the state of demand
amended so that it would show that the plaintiff was the
assignee of claims of one Robert A. Elliott. It is objected
that this was error. This amendment in nowise changed the
defence which the defendant had in the action, and was

clearly within the power of the court, under the District Court act and the decisions of this state. *Pamph. L.* 1898, *p.* 616, § 161; *Lambeck* v. *Stiefel,* 41 *Vroom* 180; *Farrier* v. *Schroeder,* 11 *Id.* 601; *Hasbrouck* v. *Winkler,* 19 *Id.* 431.

The judgment of the District Court is affirmed.